## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MARK RILEY, *on behalf of himself and all others similarly situated*, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>GENERAL MOTORS LLC, :<br>:<br>Defendant. : | Case No. 2:21-cv-00924<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Elizabeth P. Deavers |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY DEADLINES**

Plaintiff Mark Riley ("Plaintiff") and Defendant General Motors LLC ("GM") (collectively, the "Parties"), through counsel, hereby report that the Parties have reached an agreement in principle to settle this case on a class-wide basis. In light of the settlement, the Parties respectfully request the Court stay all deadlines.

1. On June 7, 2024, the Parties attended a mediation with mediator Hunter Hughes. The mediation was productive but the Parties did not reach a settlement.

2. Over the following months the Parties continued to engage in settlement negotiations and recently reached an agreement in principle to settle this case and *Jefferson v. General Motors LLC*, No. 2:20-cv-02576-JPM-tmp (W.D. Tenn.), the Tennessee action concerning the same defect for a Tennessee class.

3. The Parties are currently conferring regarding the settlement procedure and approval process. In addition, the *Jefferson* Court, where trial was scheduled to commence in January 2025, has scheduled a telephonic conference with the Parties on Monday, November 25 to discuss the Parties' settlement.

4. Following the conference with the Court in *Jefferson* and the Parties' own conferrals, the Parties will notify this Court of their proposal for obtaining approval of the class action settlement.

5. In the interim, the Parties request that the Court stay all current case deadlines, including but not limited to GM's November 25, 2024 deadline to oppose Plaintiff's pending motion to amend the complaint.

WHEREFORE, the Parties respectfully request that this Court stay all case deadlines in light of the Parties' agreement in principle to settle this case.

Dated: November 20, 2024

                                                      Respectfully submitted,

By: */s/ Joshua Markovits*
Sergei Lemberg (admitted *pro hac vice*)
Joshua Markovits (admitted *pro hac vice*)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

                      *and*

Donald P. Screen (0044070)
Subodh Chandra (0069233)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, Ohio 44113
Telephone: 216.578.1700
Fax: 216.578.1800
Donald.Screen@ChandraLaw.com
Subodh.Chandra@ChandraLaw.com

*Counsel for Plaintiff and the Class*

                 _/s/ Joseph J. Orzano_
Daniel R. Birnbaum (Ohio Bar No. 89747)
E-mail: dbirnbaum@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, IL  60606
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000

Joseph J. Orzano (admitted *pro hac vice*)
E-mail: jorzano@seyfarth.com
William F. Benson (admitted *pro hac vice*)
E-mail:  wbenson@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, MA  02210-2028
Telephone:     (617) 946-4800
Facsimile:      (617) 946-4801

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2024, I caused the foregoing to be filed and served on all counsel of record via the Court's CM/ECF system, which sent the notice of such filing to all counsel of record.

                                                        */s/ Joshua Markovits*
                                                        Joshua Markovits